1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,          )      Case No. CR 07-0533 MAG
                                      )
          Plaintiff,                  )
11                                    )
       v.                             )      [PROPOSED] ORDER FOR SUMMONS
12                                    )
   NICOLE M. AUZENNE,                 )
13                                    )
          Defendant.                  )
14 _____   )

15

16     Having reviewed the Declaration of Laura Terlouw, the Court finds that probable cause

17 exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.

18 58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Nicole M.

19 Auzenne, 2427 30th Avenue, San Francisco, California, 94116, to appear on October 10, 2007 at

20 9:30 am before Magistrate Judge Edward M. Chen to answer the Information that has been filed

21 by the United States Attorney.

22

23     IT IS SO ORDERED.

24
   Dated: __September 10, 2007__
25
                                            _____
   ELIZA[ IT IS SO ORDERED ]
26 United [ Elizabeth D. Laporte ]
                                            Judge Elizabeth D. Laporte
27

28

   ORDER  FOR SUMMONS
   Case No. CR 07-0533 MAG